## CASE ANNOUNCEMENTS

*February 3, 2011*

[Cite as *02/03/2011 Case Announcements*, 2011-Ohio-447.]

## MOTION AND PROCEDURAL RULINGS

2010–1325.   State v. Everette.
Montgomery App. No. 23585, 2010-Ohio-2832. This cause is pending before the court as an appeal from the Court of Appeals for Montgomery County.

Upon consideration of appellant's motion for appointment of the Ohio Public Defender as counsel, it is ordered by the court that the motion is granted, and Jeremy J. Masters of the Ohio Public Defender's office is appointed to represent appellant.